Ernest Kozak, by Marie Kozak, defendant in error, v. Frank Motto et al., plaintiffs in error. Gen. No. 24,422.

Action to recover for false imprisonment. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed June 10, 1919.

Alex E. Nelson, for plaintiff in error Frank Motto; Albert C.

Fordham, of counsel. Charles J. Michal, for defendant in error; Oscar H. Olsen, of counsel.

Mr. Justice Matchett delivered the opinion of the court.